E. A. WOODWARD, APPELLANT, v. HENRY BUGSBY AS THE ADMINISTRATOR, ETC., OF ISAAC BUGSBY, DECEASED, RESPONDENT.

APPEAL by plaintiff from an order appointing a receiver in proceedings supplementary to an execution issued against plaintiff on a judgment recovered by the defendant in the above entitled action.

The plaintiff offered to show, by a witness called in the proceedings, that one Finn was the partner of the special county judge, before whom these proceedings were had ; that said Finn owned the judgment, and had employed Dill & Royce to institute the proceedings before the special county judge.

The General Term was of opinion that the object for which the witness was called, did not prevent the opposite party from proving by him any fact material to such party or the investigation, and that the rejection of the evidence was error.*

*D. D. McKoon*, for the appellant.

*Dill & Royce*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Order reversed, with costs.